# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
       Plaintiff )
       vs. )
       Natalie _____ )
       Defendant(s) )

CRIMINAL NO. 07MJ8928

ORDER RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

AKA Manuel Valenzuela

DATED: 12/4/07

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
       Deputy Clerk

RECEIVED _____
       DUSM

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082