Robert A. Garcia, Esq. (SBN 102969)
185 West F Street, Suite 100
San Diego, CA 92101
Telephone: (619) 696-7881
Fax No. (619) 696-9562
robertim@pacbell.net

Attorney for Defendant, Natalie S. Piedra Molina

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　vrs.<br><br>Natalie Sofia Piedra Molina,<br><br>　　　　Defendants. | CASE NO. 07cr3258 LAB<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE BY DEFENDANT, NATALIE S. PIEDRA MOLINA**<br><br>TIME: 9:30 A.M.<br>DATE: APRIL 7, 2008<br>HON. LARRY A. BURNS,<br>U.S. DISTRICT JUDGE |

I, Natalie Sofia Piedra Molina, am the defendant in the above entitled case. I acknowledge that my next court date is **April 7, 2008, at 9:30 a.m.**, before the Honorable Larry A. Burns, U.S. District Judge.

I promise to appear on that date for sentencing.

_[signature]_　　　　　　　　　　DATED: 1-12-08
NATALIE SOFIA PIEDRA MOLINA
Defendant