1  Robert A. Garcia, Esq. (SBN 102969)
   185 West F Street, Suite 100
2  San Diego, CA 92101
   Telephone: (619) 696-7881
3  Fax No. (619) 696-9562
   robertim@pacbell.net
4
   Attorney for Defendant, Natalie Piedra Molina

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) | CASE NO. 07cr3258LAB |
|---|---|---|
| Plaintiff, | ) | **ACKNOWLEDGMENT OF NEXT COURT DATE BY DEFENDANT, NATALIE PIEDRA MOLINA** |
| vrs. | ) | |
| NATALIE PIEDRA MOLINA, | ) | DATE: APRIL 21, 2008
TIME: 9:30 A.M.
COURT: HON. LARRY A. BURNS, U.S. DISTRICT JUDGE |
| Defendants. | ) | |

I, Natalie Piedra Molina, am the defendant in the above entitled case. I acknowledge that my next court date is **April 21, 2008 at 9:30 a.m.** before the Honorable Larry A. Burns, U.S. District Judge.

I promise to appear on that date for sentencing.

_Natalie Piedra_                              DATED: 4·3·08
NATALIE PIEDRA MOLINA
Defendant